IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES F. FOOTE,

    Plaintiff,

v.

JOHN A. POLK, et al.,

    Defendants.

ORDER

Case No. 16-cv-641-wmc

Plaintiff James F. Foote is proceeding in this lawsuit against three defendants -- James A. Polk, Polk Meat Products and Indianhead Food Distributor -- on state law claims related to an incident in which he suffered injury when he bit into a sausage containing a piece of metal. On July 19, 2018, defendant Indianhead Food Distributor filed a motion for summary judgment. (Dkt. #34.) While Foote opposes defendants Polk and Polk Meats Products' motion for summary judgment, on August 22, 2018, Foote filed a response stating that he does not oppose Indianhead's motion, and explicitly conceding that Indianhead is entitled to judgment. (Dkt. #56.) Accordingly,

ORDER

IT IS ORDERED that:

1. Defendants Indianhead Food Distributor's motion for summary judgment (dkt. #34) is GRANTED.

2. The clerk of court is directed to enter judgment on plaintiff's claim in Indianhead Food Distributor's favor.

Entered this 27th day of August, 2018.

                BY THE COURT:
                /s/

                _____
                WILLIAM M. CONLEY
                District Judge