IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES F. FOOTE,

    Plaintiff,

v.

JAMES A. POLK,
POLKS MEAT PRODUCTS and
INDIANHEAD FOOD DISTRIBUTOR,

    Defendants.

JUDGMENT IN A CIVIL CASE

16-cv-641-wmc

This action came for consideration before the court with District Judge William M. Conley presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendant Indianhead Food Distributor granting its motion for summary judgment and dismissing Indianhead Food Distributor from this case.

/s/                                                   8/27/2018

Peter Oppeneer, Clerk of Court              Date