IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMES F. FOOTE,

    Plaintiff,

  v.

    Case No. 16-cv-641-wmc

JOHN POLK, et al.

    Defendants.

## JUDGMENT IN A CIVIL CASE

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of defendants dismissing this case.

| /s/ | 9/16/2019 |
|---|---|
| Peter Oppeneer, Clerk of Court | Date |